E. W. J. HEARTY, INC., Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.*

Supreme Court, Appellate Term, First Department, May 10, 1934.

*Platt, Taylor & Walker*, for the appellant.

*Emmet L. Holbrook*, for the respondent.

PER CURIAM. While discovery of the documents seems justified no necessity for a reference appears. The order for examination

* Application to Appellate Term for leave to appeal to Appellate Division denied (N. Y. L. J. June 8, 1934); application to Appellate Division denied (July 12, 1934).

before trial was improperly made, as the subject of the examination was not specified.

Order modified by striking out provision for appointment of referee, the award of twenty dollars costs and direction for examination, without prejudice to renewal of motion for examination, and as modified affirmed, with ten dollars costs to appellant. Discovery to proceed at the Municipal Court, Borough of Manhattan, Fifth District, on May 21, 1934, at two P. M.

All concur; present, HAMMER, CALLAHAN and SHIENTAG, JJ.